ALAMIN HASSAN O., Appellant, v BENJAMIN BATES et al., Defendants. VERIZON, Nonparty Respondent.

Submitted June 14, 2010; decided September 2, 2010

Motion, insofar as it seeks leave to appeal from the March 2009 Appellate Division order, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the letter of the Clerk's Office of the Appellate Division, Second Department, dismissed upon the ground that the letter appealed from is neither a judgment nor an order from which a motion to the Court of Appeals may be made (*see* CPLR 5512 [a]; 5602). Motion for poor person relief dismissed as academic.

In the Matter of the Claim of SHANE BEGOR, Claimant, v MARK HOLMES, Doing Business as FOUR SEASONS LOGGING, et al., Respondents, and BRENNER & McHUGH, INC., et al., Respondents, and AMERICAN ZURICH INSURANCE COMPANY, Appellant. WORKERS' COMPENSATION BOARD, Respondent.

Submitted June 21, 2010; decided September 2, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

In the Matter of the Estate of ELSA K. BRYER, Deceased. ELLIOTT K. BRYER, Appellant; THE BANK OF NEW YORK et al., Respondents.

Submitted June 14, 2010; decided September 2, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.